IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA,
SPARTANBURG DIVISION

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DALE LAWSON D/B/A S&S )<br>BUILDERS, LLC.; DALE )<br>LAWSON, S&S BUILDERS, LLC, )<br>HAROLD LAWSON, and MYRA )<br>LAWSON, )<br>)<br>Defendants. )<br>) | C/A No.: 7:06-1612-HFF<br><br>**CONSENT ORDER OF DISMISSAL** |

IT APPEARING that the Plaintiff, Builders Mutual Insurance Company, filed this action in this District Court on or about May 26, 2006; arising out of an underlying construction defects/faulty workmanship action filed in South Carolina State Court; and it

FURTHER APPEARING that the parties have now been able to resolve and settle this litigation fully and completely in all respects, including resolving the underlying State Court action; now, therefore

UPON MOTION of Stephen P. Groves, Sr., Esquire of *Nexsen Pruet, LLC*, one of the attorneys for the Plaintiff, Builders Mutual Insurance Company, and with the consent of Robert B. "Sam" Phillips, Esquire of *FINKEL LAW FIRM, LLC*, one of the attorneys for the Defendants, Dale Sumner; S&S Builders, LLC; Dale Sumner d/b/a S&S Builders, LLC; and

Kenneth C. Anthony, Jr., Esquire of *THE ANTHONY LAW FIRM, P.A.*, one of the attorneys for the Defendants, Harold Lawson and Myra Lawson; it is

ORDERED that this matter, including all direct claims, counterclaims, and/or crossclaims, be and hereby is dismissed with prejudice; and it is

SO ORDERED.

s/Henry F. Floyd
Henry F. Floyd
United States District Judge

Spartanburg, South Carolina

October 12, 2007

WE MOVE:

*NEXSEN PRUET, LLC*

By: **_s/Stephen P. Groves, Sr., Esquire_**

    Stephen P. Groves, Sr., Esquire
    205 King Street, Suite 400
    Charleston, South Carolina  29401
    Telephone:    843.720.1725
    Telecopier:    843.720.1777
    E-Mail:    SGroves@nexsenpruet.com

*Attorneys for the Plaintiff*

Charleston, South Carolina

October 12, 2007

WE CONSENT:

*FINKEL LAW FIRM, LLC*


By: **<u>s/Robert B. "Sam" Phillips, Esquire</u>**

      Robert B. "Sam" Phillips, Esquire
      Federal I.D. No.:     7938
      1201 Main Street, Suite 1800
      Columbia, South Carolina  29201
      Telephone:          803.765.2935
      Telecopier:         803.252.0786

*Attorneys for the Defendants,*
    *Dale Sumner; S&S Builders, LLC; and*
    *Dale Sumner d/b/a S&S Builders, LLC*

Columbia, South Carolina

October 12, 2007

**(Electronic signature set forth herein by permission)**

WE CONSENT:

*THE ANTHONY LAW FIRM, P.A.*

By:   *s/Kenneth C. Anthony, Jr.*

      Kenneth C. Anthony, Jr., Esquire
      Federal I.D. No.:   1102
      Post Office Box 3565
      Spartanburg, South Carolina  29202
      Telephone:        864.582.2355
      Telecopier:       864.583..9772

*Attorneys for the Defendants,*
    *Harold Lawson and Myra Lawson*

Spartanburg, South Carolina

October 12, 2007

**(Electronic signature set forth herein by permission)**


NPCHAR1:383312.1-OD-(SPG) 032595-00009